**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LUIS MONELL,**

                      **Plaintiff,**

          **v.**                                    **8:08-CV-0821**

**MICHAEL J. ASTRUE[1]**
**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

**Erwin, McCane Law Firm**            **Thomas C. Erwin, Esq.**
**23 Elk Street**
**Albany, NY 12207**
**Counsel for Plaintiff**

**Office of Regional General Counsel**    **Karla J. Gwinn, Esq.**
**Social Security Administration**
**Region II**
**26 Federal Plaza - Room 3904**
**New York, NY 10278**
**Counsel for Defendant**

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 16th day of November 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue is substituted as the Defendant in this suit.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability benefits is remanded for further proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 3, 2009
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge